BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re CLEARVIEW AI, INC. DATA LITIGATION
.

MDL Docket No. _____

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** David Mutnick, for himself and all others similarly situated<br><br>**Defendants:** Clearview AI, Inc.; Hoan Ton-That; Richard Schwartz | N.D. Illinois | 1:20-cv-00512 | Sharon Johnson Coleman |
| **Plaintiffs:** Anthony Hall, on behalf of himself and all others similarly situated<br><br>**Defendants:** Clearview AI, Inc. | N.D. Illinois | 1:20-cv-00846 | Sharon Johnson Coleman |
| **Plaintiffs:** Chris Marron, an individual, and Maryann Daker, an individual, Individually and on Behalf of all Others Similarly | N.D. Illinois | 1:20-cv-02989 | Sharon Johnson Coleman |

| | | | |
|---|---|---|---|
| Situated<br><br>**Defendants:** Clearview AI, Inc., a Delaware Corporation; Hoan Ton-That, an Individual; Richard Schwartz, and Individual | | | |
| **Plaintiffs:** Melissa Thornley, Deborah Benjamin-Koller, and Josue Herrera, individually and on behalf of all others similarly situated<br><br>**Defendants:** Clearview AI, Inc. | N.D. Illinois | 1:20-cv-03843 | Sharon Johnson Coleman |
| **Plaintiffs:** Maria Calderon and Jennifer Rocio, individually and on behalf of all others similarly situated<br><br>**Defendants:** Clearview AI, Inc.; Wynndalco Enterprises, LLC; David Andalcio; Jose Flores; Hoan Ton-That; Richard Schwartz | S.D. New York | 1:20-cv-01296-CM | Colleen McMahon |
| **Plaintiffs:** Maria Broccolino, on behalf of herself and all others similarly situated<br><br>**Defendants:** Clearview AI, Inc. | S.D. New York | 1:20-cv-02222-CM | Colleen McMahon |

| | | | |
|---|---|---|---|
| **Plaintiffs:** John McPherson, Individually and on Behalf of all Others Similarly Situated<br><br>**Defendants:** Clearview AI, Inc., a Delaware Corporation; Hoan Ton-That, an Individual; Richard Schwartz, and Individual; and Does 1 through 1, inclusive | S.D. New York | 1:20-cv-03053-CM | Colleen McMahon |
| **Plaintiffs:** Sean Burke and James Pomerene, Individually and on Behalf of all Others Similarly Situated<br><br>**Defendants:** Clearview AI, Inc., a Delaware Corporation; Hoan Ton-That, an Individual; Richard Schwartz, and Individual; and Does 1 through 1, inclusive | S.D. New York | 1:20-cv-03104-CM | Colleen McMahon |
| **Plaintiffs:** Dean John, Ryan Balfanz, Benjamin Jais, Rosemary Arias, and Aimee Albrecht, on behalf of all others similarly situated<br><br>**Defendants:** | S.D. New York | 1:20-cv-03481-CM | Colleen McMahon |

| | | | |
|---|---|---|---|
| Clearview AI, Inc. | | | |
| **Plaintiffs:** Shelby Zelonis Roberson, individually and on behalf of all others similarly situated<br><br>**Defendants:** Clearview AI, Inc. | S.D. New York | 1:20-cv-03705-CM | Colleen McMahon |