BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: CLEARVIEW AI, INC., CONSUMER PRIVACY LITIGATION

MDL No. 2967

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify a copy of the Response of Plaintiffs John, Balfanz, Jais, Arias, and Albrecht to Defendant Clearview AI, Inc.'s Motion for Transfer of Actions to the Southern District of New York Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrail Proceedings was served on all parties in the following case electronically via ECF, or as indicated below, on September 8, 2020.

| *John et al. v. Clearview AI, Inc.;* (S.D.N.Y., No. 1:20cv03481) | |
|---|---|
| *Attorneys for Plaintiffs Dean John, Ryan Balfanz, Benjamin Jais, Rosemary Arias, and Aimee Albrecht*<br>*(via email & ECF Notification):* | |
| Greg G. Gutzler<br>DICELLO LEVITT GUTZLER LLC<br>444 Madison Avenue, Fourth Floor<br>New York, NY 10022<br>Tel: 646-933-1000<br>ggutzler@dicellolevitt.com<br><br>Adam J. Levitt<br>Amy E. Keller<br>DICELLO LEVITT GUTZLER LLC<br>Ten North Dearborn Street<br>Eleventh Floor<br>Chicago, Illinois 60602<br>Tel: 312.214.7900<br>alevitt@dicellolevit.com<br>akeller@dicellolevitt.com | James J. Pizzirusso<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Tel: (202) 540-7200<br>Fax: (202) 540-7201<br>jpizzirusso@hausfeld.com<br><br>Scott Martin<br>Steven M. Nathan<br>HAUSFELD LLP<br>33 Whitehall St., 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>smartin@hausfeld.com<br>snathan@hausfeld.com<br><br>Eric H. Gibbs<br>David M. Berger<br>GIBBS LAW GROUP LLP<br>505 14th Street, Suite 1110<br>Oakland, CA 94611<br>Tel: 510-350-9713 |

| | |
|---|---|
| | ehg@classlawgroup.com<br>dmb@classlawgroup.com |
| *Attorneys for Defendant Clearview AI, Inc.*<br>*(via email & ECF Notification):* | |
| Lee Wolosky<br>Andrew J. Lichtman<br>JENNER & BLOCK LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 891-1600<br>lwolosky@jenner.com<br>alichtman@jenner.com<br><br>Howard S. Suskin<br>David P. Saunders<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>hsuskin@jenner.com<br>dsaunders@jenner.com | Floyd Abrams<br>Joel Kurtzberg<br>CAHILL GORDON & REINDEL LLP<br>80 Pine Street<br>New York, NY 10005<br>Tel: (212) 701-3621<br>fabrams@cahill.com<br>jkurtzberg@cahill.com |

| | |
|---|---|
| <u>*Mutnick. v. Clearview AI, Inc.*</u>; **(N.D. Ill., No. 1:20cv00512)** | |
| *Attorneys for Plaintiff David Mutnick*<br>*(via email & ECF Notification):* | |
| Michael I Kanovitz<br>Arthur R. Loevy<br>Elizabeth C. Wang<br>Jonathan I. Loevy<br>Scott R. Drury<br>**Loevy & Loevy**<br>311 N. Aberdeen, 3rd FL<br>Chicago, IL 60607<br>(312) 243-5900<br>mike@loevy.com<br>arthur@loevy.com<br>elizabethw@loevy.com<br>jon@loevy.com | |

| | |
|---|---|
| drury@loevy.com | |
| ***Hall v. Clearview AI, Inc.;*** **(N.D. Ill., No. 1:20cv00846)** ||
| *Attorneys for Plaintiff Anthony Hall*<br>*(via email & ECF Notification):* | |
| Michael William Drew<br>**Neighborhood Legal, Llc**<br>20 N. Clark, Ste. 3300<br>Chicago, IL 60602<br>(312) 967-7220<br>mwd@neighborhood-legal.com | |
| ***Marron v. Clearview AI, Inc.;*** **(N.D. Ill., No. 1:20cv02989)** ||
| *Attorneys for Plaintiffs Chris Marron and Maryann Daker*<br>*(via email & ECF Notification):* | |
| Gary F. Lynch<br>Kyle A. Shamberg<br>Nicholas R. Lange<br>Katrina Carroll<br>**Carlson Lynch, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>(412)-322-9243<br>glynch@carlsonlynch.com<br>kshamberg@carlsonlynch.com<br>NLange@carlsonlynch.com<br>kcarroll@carlsonlynch.com | |

| *Thornley v. Clearview AI, Inc.;* **(N.D. Ill., No. 1:20cv03843)** ||
|---|---|
| *Attorneys for Plaintiffs Melissa Thornley, Deborah Benjamin-Koller, and Josue Herrera*<br>*(via email & ECF Notification):* | |
| Daniel Martin Feeney<br>Zachary Freeman<br>**Miller Shakman Levine & Feldman LLP**<br>180 North LaSalle Street<br>Suite 3600<br>Chicago, IL 60601<br>(312) 263-3700<br>dfeeney@millershakman.com<br>zfreeman@millershakman.com<br><br>Steven L Bloch<br>**Silver Golub & Teitell LLP**<br>184 Atlantic Street<br>Stamford, CT 06901<br>(203) 325-4491<br>sbloch@sgtlaw.com | Brian Patrick O'Meara<br>Kevin M. Ford<br>Kevin R. Malloy<br>**Forde & O'Meara LLP**<br>111 West Washington Street, #1100<br>Chicago, IL 60602<br>(312) 641-1441<br>bomeara@fordellp.com<br>kforde@fordellp.com<br>kmalloy@fordellp.com |

| *Calderon v. Clearview AI, Inc.;* **(S.D.N.Y., No. 1:20cv01296)** ||
|---|---|
| *Attorneys for Plaintiffs Maria Calderon and Jennifer Rocio*<br>*(via email & ECF Notification):* | |
| Joshua David Arisohn<br>**Bursor & Fisher P.A.**<br>888 Seventh Avenue<br>New York, NY 10019<br>(646) 837-7150<br>Fax: (212) 989-9163<br>jarisohn@bursor.com | |

| *Calderon v. Clearview AI, Inc.;* **(S.D.N.Y., No. 1:20cv01296)** ||
|---|---|
| *Attorneys for Defendants Wynndalco Enterprises, LLC, Jose Flores, and David Andalcio (via email & ECF Notification):* | |
| Richard S. Reizen<br>**Gould & Ratner**<br>222 North LaSalle Street<br>Suite 300<br>Chicago, IL 60601<br>(312) 236-3003<br>rreizen@gouldratner.com | |

| *Broccolino v. Clearview AI, Inc.;* **(S.D.N.Y., No. 1:20cv02222)** ||
|---|---|
| *Attorneys for Plaintiff Maria Broccolino (via email & ECF Notification):* | |
| Melissa R. Emert<br>**Kantrowitz, Goldhamer & Graifman, P.C.**<br>747 Chestnut Ridge Road<br>Suite 200<br>Chestnut Ridge, NY 10977<br>(845) 356-2570<br>memert@kgglaw.com | Lynda J. Grant<br>**The Grant Law Firm PLLC**<br>521 Fifth Avenue 17th Floor<br>New York, NY 10175<br>(212) 292-4441<br>Fax: (212) 292-4442<br>lgrant@grantfirm.com |

| *McPherson v. Clearview AI, Inc.;* **(S.D.N.Y., No. 1:20cv03053)** ||
|---|---|
| *Attorneys for Plaintiff John McPherson (via email & ECF Notification):* | |
| Aaron Olsen<br>**Haeggquist & Eck, LLP**<br>225 Broadway, Suite 2050<br>San Diego, CA 92101<br>(619) 342-8000<br>Fax: (619) 342-7878<br>aarono@haelaw.com | Carey Alexander<br>**Scott + Scott, L.L.P.**<br>230 Park Avenue<br>17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>calexander@scott-scott.com |

| *Burke v. Clearview AI, Inc.;* (S.D.N.Y., No. 1:20cv03104) ||
|---|---|
| *Attorneys for Plaintiffs* Sean Burke and James Pomerene <br> *(via email & ECF Notification):* ||
| Aaron Olsen <br> **Haeggquist & Eck, LLP** <br> 225 Broadway, Suite 2050 <br> San Diego, CA 92101 <br> (619) 342-8000 <br> Fax: (619) 342-7878 <br> aarono@haelaw.com | Carey Alexander <br> **Scott + Scott, L.L.P.** <br> 230 Park Avenue <br> 17th Floor <br> New York, NY 10169 <br> (212) 223-6444 <br> calexander@scott-scott.com |

| *Robertson v. Clearview AI, Inc.;* (S.D.N.Y., No. 1:20cv03705) ||
|---|---|
| *Attorneys for Plaintiff* Shelby Zelonis Roberson <br> *(via email & ECF Notification):* ||
| Steven T. Webster <br> **Webster Book LLP** <br> 300 N. Washington St., Suite 404 <br> Alexandria, VA 22314 <br> (888) 987-9991 <br> swebster@websterbook.com | |

| *Carmean v. Macy's Retail Holdings, Inc.;* (N.D. Ill., No. 1:20cv04589) ||
|---|---|
| *Attorneys for Plaintiff* Isela Carmean <br> *(via email & ECF Notification):* ||
| Celetha Chatman <br> Michael J. Wood <br> **Community Lawyers Group, Ltd.** <br> 20 N. Clark Street <br> Suite 3100 <br> Chicago, IL 60602 <br> Tel: (312) 757-1880 <br> cchatman@communitylawyersgroup.com <br> mwood@communitylawyersgroup.com | Michael W. Drew <br> **Neighborhood Legal LLC** <br> 20 N. Clark Street <br> Suite 3300 <br> Chicago, IL 60602 <br> Tel: (312) 967-7220 <br> mwd@neighborhood-legal.com |

| ***Carmean v. Macy's Retail Holdings, Inc.;*** **(N.D. Ill., No. 1:20cv04589)** | |
|---|---|
| *Attorneys for Defendant Macy's Retail Holdings, Inc.*<br>*(via email & ECF Notification):* | |
| Andrew S. Murphy<br>Daniel R. Saeedi<br>Rachael L. Schaller<br>Taft Stettinius & Hollister<br>111 E. Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>Tel: (312)836-4145<br>amurphy@taftlaw.com<br>dsaeedi@taftlaw.com<br>rschaller@taftlaw.com | |

*s/James Pizzirusso*
James Pizzirusso
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Tel: 202-540-7200
Fax: 202-540-7201
jpizzirusso@hausfeld.com