BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CLEARVIEW AI, INC., CONSUMER PRIVACY LITIGATION | MDL No. 2967 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify a copy of the Response to the Motion of the Clearview Defendants for Transfer of Actions, as set forth on the attached service list.

Dated September 8, 2020      **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

       s/ Joseph P. Guglielmo
Joseph P. Guglielmo
Carey Alexander
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Amber L. Eck
Alreen Haeggquist
Aaron M. Olsen
Ian Pike
**HAEGGQUIST & ECK, LLP**
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone:  619-342-8000
Facsimile:  619-342-7878
ambere@haelaw.com
alreenh@haelaw.com
ianp@haelaw.com

*Attorneys for Plaintiffs Burke and McPherson*

Melissa R. Emert
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017

Telephone: 954-341-556
Facsimile:  954-341-5531
memert@ssbny.com

Lynda J. Grant
**THE GRANT LAW FIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: 212-292-4441
Facsimile:  212-292-4441
lgrant@grantfirm.com

*Attorneys for Plaintiff Broccolino*

## SERVICE LIST

<u>IN RE: CLEARVIEW AI, INC., CONSUMER PRIVACY LITIGATION</u>
<u>MDL Docket No. 2967</u>

**By CM/ECF:**

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20544-0005
(202) 502-2800

*Carmean v. Macy's Retail Holdings, Inc.*; (N.D. Ill., 1:20-cv-4589)
Attorneys for Defendant Macy's Retail Holdings, Inc.:

Daniel Reza Saeedi
Andrew Sean Murphy
Rachel L. Schaller
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
312-840-4316
dsaeedi@taftlaw.com
amurphy@taftlaw.com
rschaller@taftlaw.com

*Mutnick v. Clearview AI, Inc.*; (N.D. Ill., No. 1:20-cv-00512)
Attorneys for Plaintiff David Mutnick:

Jonathan I. Loevy
Arthur R. Loevy
Michael I Kanovitz
Scott R. Drury
Elizabeth C. Wang
Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
arthur@loevy.com
mike@loevy.com
drury@loevy.com
elizabethw@loevy.com

*Marron v. Clearview AI, Inc*.; (N.D. Ill., No. 1:20-cv-02989)
Attorneys for Plaintiffs Chris Marron and Maryann Daker:

Gary F. Lynch
Kyle A. Shamberg
Nicholas R. Lange
Katrina Carroll
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412)-322-9243
glynch@carlsonlynch.com
kshamberg@carlsonlynch.com
nlange@carlsonlynch.com
kcarroll@carlsonlynch.com

*Thornley v. Clearview AI, Inc*.; (N.D. Ill., No. 1:20-cv-03843)
Attorneys for Plaintiffs Melissa Thornley, Deborah Benjamin-Koller, and Josue Herrera:

Daniel Martin Feeney
Zachary Freeman
Miller Shakman Levine & Feldman LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
(312) 263-3700
dfeeney@millershakman.com
zfreeman@millershakman.com

Steven L. Bloch
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
(203) 325-4491
sbloch@sgtlaw.com

Brian Patrick O'Meara
Kevin M. Ford
Kevin R. Malloy
Forde & O'Meara LLP
111 West Washington Street, #1100
Chicago, IL 60602
(312) 641-1441
bomeara@fordellp.com
kforde@fordellp.com
kmalloy@fordellp.com

*Roberson v. Clearview AI, Inc.*; (S.D.N.Y., No. 1:20-cv-03705)
Attorneys for Plaintiff Shelby Zelonis Roberson:

Steven T. Webster
Webster Book LLP
300 N. Washington St., Suite 404
Alexandria, VA 22314
(888) 987-9991
swebster@websterbook.com

*Calderon v. Clearview AI, Inc.*; (S.D.N.Y., No. 1:20-cv-01296)
Attorneys for Plaintiffs Maria Calderon and Jennifer Rocio:

Joshua David Arisohn
Bursor & Fisher P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
jarisohn@bursor.com

Frank S. Hedin
Hedin Hall LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
(415) 766-3534
fhedin@hedinhall.com

Attorneys for Defendants Wynndalco Enterprises, LLC, Jose Flores, and David Andalcio:

Richard S. Reizen
Gould & Ratner
222 North LaSalle Street, Suite 300
Chicago, IL 60601
(312) 236-3003
rreizen@gouldratner.com

Attorneys for Defendant Clearview AI, Inc.:

Lee Wolosky
Andrew J. Lichtman
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212)891-1600

lwolosky@jenner.com
Alichtman@jenner.com

Howard S. Suskin
David P. Saunders
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350

Floyd Abrams
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Tel: (212-701-3621
fabrams@cahill.com
Jkurtzberg@cahill.com

*John et al. v. Clearview AI, Inc*.; (S.D.N.Y., No. 1:20-cv-03481)
Attorneys for Plaintiffs Dean John, Ryan Balfanz, Benjamin Jais, Rosemary Arias, andAimee Albrecht:

Greg G. Gutzler
DICELLO LEVITT GUTZLER LLC
444 Madison Avenue, Fourth Floor
New York, NY 10022
Tel: 646-933-1000
ggutzler@dicellolevitt.com

Adam J. Levitt
Amy E. Keller
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Tel: 312.214.7900
alevitt@dicellolevit.com
akeller@dicellolevitt.com

Eric H. Gibbs
David M. Berger
GIBBS LAW GROUP LLP
5050 14th Street, Suite 1110
Oakland, CA 94611
Tel: 510-350-9713
ehg@classlawgroup.com

6

dmb@classlawgroup.com

James J. Pizzirusso
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
jpizzirusso@hausfeld.com

Scott Martin
Steven M. Nathan
HAUSFELD LLP
33 Whitehall St., 14th Floor
New York, NY 10004
Tel: (646) 357-1100
smartin@hausfeld.com
snathan@hausfeld.com