# EXHIBIT 2

STAYED,VALDEZ

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:20−cv−00512

| | |
|---|---|
| Mutnick v. Clearview AI, Inc. et al<br>Assigned to: Honorable Sharon Johnson Coleman<br>related Cases: 1:20−cv−00846<br>1:20−cv−02989<br>1:20−cv−03843<br>Cause: 42:1983 Civil Rights Act | Date Filed: 01/22/2020<br>Jury Demand: Both<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**David Mutnick**
*for himself and others similarly situated*

represented by **Michael I Kanovitz**
Loevy & Loevy
311 N. Aberdeen
3rd FL
Chicago, IL 60607
United Sta
(312)243−5900
Email: mike@loevy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur R. Loevy**
Loevy & Loevy
311 North Aberdeen
3rd Floor
Chicago, IL 60607
(312)243−5900
Email: arthur@loevy.com
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
Loevy & Loevy
2060 Broadway
Suite 460
Boulder, CO 80302
720−328−5642
Email: elizabethw@loevy.com
*ATTORNEY TO BE NOTICED*

**Jonathan I. Loevy**
Loevy & Loevy
311 N. Aberdeen
3rd FL
Chicago, IL 60607
(312)243−5900
Email: jon@loevy.com
*ATTORNEY TO BE NOTICED*

**Scott Robert Drury**
Loevy & Loevy
311 N. Aberdeen
3rd Floor
Chicago, IL 60607
312−243−5900
Email: drury@loevy.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Hall** represented by

**Celetha Chatman**
Community Lawyers Group, Ltd.
20 North Clark Street
Suite 3100
Chicago, IL 60602
(312) 757–1880
Email: cchatman@communitylawyersgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael William Drew**
Neighborhood Legal, Llc
20 N. Clark
Ste. 3300
Chicago, IL 60602
(312) 967–7220
Email: mwd@neighborhood–legal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Jacob Wood**
Community Lawyers Group, Ltd.
20 North Clark Street
Suite 3100
Chicago, IL 60602
(312) 757–1880
Email: mwood@communitylawyersgroup.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Marron** represented by **Gary F. Lynch**
Carlson Lynch, LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
(412)–322–9243
Email: glynch@carlsonlynch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katrina Carroll**
Carlson Lynch, LLP
111 West Washington Street
Suite 1240
Chicago, IL 60602
(312) 750–1265
Email: kcarroll@carlsonlynch.com
*ATTORNEY TO BE NOTICED*

**Kyle Alan Shamberg**
Carlson Lynch, LLP.
111 West Washington Street
Suite 1240
Chicago, IL 60602
(312) 750–1265
Email: kshamberg@carlsonlynch.com
*ATTORNEY TO BE NOTICED*

**Nicholas Rudolph Lange**
CARLSON LYNCH LLP
111 W. Washington Street
Suite 1240
Chicago, IL 60602
United Sta

                                                  312–750–1265
                                                  Email: NLange@carlsonlynch.com
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryann Daker**                                    represented by   **Gary F. Lynch**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Katrina Carroll**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Kyle Alan Shamberg**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Nicholas Rudolph Lange**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Clearview AI, Inc.**                              represented by   **Andrew J Lichtman**
                                                                    Jenner & Block LLP
                                                                    919 Third Avenue
                                                                    New York, NY 10022
                                                                    (212) 891–1644
                                                                    Email: ALichtman@jenner.com
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **David P. Saunders**
                                                                    Jenner & Block LLP
                                                                    353 N. Clark Street
                                                                    Chicago, IL 60654
                                                                    312 923 8388
                                                                    Email: dsaunders@jenner.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Howard Steven Suskin**
                                                                    Jenner & Block LLP
                                                                    353 N. Clark Street
                                                                    Chicago, IL 60654
                                                                    (312)222–9350
                                                                    Email: hsuskin@jenner.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Lee Wolosky**
                                                                    Jenner & Block LLP
                                                                    919 Third Avenue
                                                                    38th Floor
                                                                    New York, NY 10022
                                                                    (212) 891–1628
                                                                    Email: lwolosky@jenner.com
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Michael W. Ross**
                                                                    Jenner & Block LLP
                                                                    919 Third Avenue

38th Floor
New York, NY 10022
(212) 891–1669
Email: mross@jenner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hoan Ton–That** represented by **Andrew J Lichtman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David P. Saunders**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard Steven Suskin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee Wolosky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W. Ross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Schwartz** represented by **Andrew J Lichtman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David P. Saunders**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard Steven Suskin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee Wolosky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W. Ross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CDW Government LLC** represented by **Joseph A. Strubbe**
*TERMINATED: 07/06/2020* Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
(312) 609–7500
Email: jstrubbe@vedderprice.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian W. Ledebuhr**
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
312 609 7845
Email: bledebuhr@vedderprice.com
*ATTORNEY TO BE NOTICED*

**Zachary J Watters**
Vedder Price P.C.
222 N. LaSalle
Suite 2600
Chicago, IL 60601
(312) 609–7594
Email: zwatters@vedderprice.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/22/2020 | 1 | COMPLAINT filed by David Mutnick; Jury Demand. Filing fee $ 400. (Attachments: # 1 Civil Cover Sheet)(Drury, Scott) (Entered: 01/22/2020) |
| 01/22/2020 | | CASE ASSIGNED to the Honorable Sharon Johnson Coleman. Designated as Magistrate Judge the Honorable Maria Valdez. Case assignment: Random assignment. (lw, ) (Entered: 01/22/2020) |
| 01/23/2020 | 2 | MINUTE entry before the Honorable Sharon Johnson Coleman: This case has been assigned to the calendar of Judge Sharon Johnson Coleman. Status hearing is set for 3/23/2020 at 9:00 AM. Plaintiff is directed to advise the defendants of the status hearing forthwith. The parties are directed to meet and discuss the status of the case. The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov at least 3 days prior to the status. The parties are directed to discuss settlement, and whether they consent to proceed before the Magistrate Judge. The court encourages the parties to review this court's website for its standing orders prior to contacting chambers. Mailed notice. (ym, ) (Entered: 01/23/2020) |
| 01/24/2020 | 3 | ATTORNEY Appearance for Plaintiff David Mutnick by Michael I Kanovitz (Kanovitz, Michael) (Entered: 01/24/2020) |
| 01/24/2020 | 4 | ATTORNEY Appearance for Plaintiff David Mutnick by Jonathan I. Loevy (Loevy, Jonathan) (Entered: 01/24/2020) |
| 01/24/2020 | 5 | ATTORNEY Appearance for Plaintiff David Mutnick by Arthur R. Loevy (Loevy, Arthur) (Entered: 01/24/2020) |
| 01/24/2020 | | SUMMONS Issued as to Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That (txl, ) (Entered: 01/24/2020) |
| 01/29/2020 | 6 | AMENDED complaint by David Mutnick against All Defendants (Drury, Scott) (Entered: 01/29/2020) |
| 01/30/2020 | | SUMMONS Issued as to Defendant CDW Government LLC (daj, ) (Entered: 01/30/2020) |
| 02/03/2020 | 7 | SUMMONS Returned Executed by David Mutnick as to CDW Government LLC on 1/31/2020, answer due 2/21/2020. (Kanovitz, Michael) (Entered: 02/03/2020) |
| 02/04/2020 | 8 | ATTORNEY Appearance for Plaintiff David Mutnick by Scott Robert Drury (Drury, Scott) (Entered: 02/04/2020) |
| 02/10/2020 | 9 | SUMMONS Returned Executed by David Mutnick as to Richard Schwartz on 2/4/2020, answer due 2/25/2020. (Drury, Scott) (Entered: 02/10/2020) |

| | | |
|---|---|---|
| 02/12/2020 | 10 | ATTORNEY Appearance for Defendant CDW Government LLC by Joseph A. Strubbe (Strubbe, Joseph) (Entered: 02/12/2020) |
| 02/12/2020 | 11 | ATTORNEY Appearance for Defendant CDW Government LLC by Brian W. Ledebuhr (Ledebuhr, Brian) (Entered: 02/12/2020) |
| 02/12/2020 | 12 | ATTORNEY Appearance for Defendant CDW Government LLC by Zachary J Watters (Watters, Zachary) (Entered: 02/12/2020) |
| 02/12/2020 | 13 | MOTION by Defendant CDW Government LLC for extension of time *[Unopposed]* (Strubbe, Joseph) (Entered: 02/12/2020) |
| 02/12/2020 | 14 | NOTICE of Motion by Joseph A. Strubbe for presentment of extension of time 13 before Honorable Sharon Johnson Coleman on 2/18/2020 at 08:45 AM. (Strubbe, Joseph) (Entered: 02/12/2020) |
| 02/14/2020 | 15 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant CDW Government LLC's unopposed motion for extension of time to answer or otherwise plead 13 is granted. Responsive pleading to be filed by 3/20/2020. No appearance necessary on 2/18/2020. Mailed notice. (ym, ) (Entered: 02/14/2020) |
| 02/14/2020 | 16 | WAIVER OF SERVICE returned executed by David Mutnick. Clearview AI, Inc. waiver sent on 2/13/2020, answer due 4/13/2020. (Kanovitz, Michael) (Entered: 02/14/2020) |
| 02/14/2020 | 17 | WAIVER OF SERVICE returned executed by David Mutnick. Hoan Ton−That waiver sent on 2/13/2020, answer due 4/13/2020. (Kanovitz, Michael) (Entered: 02/14/2020) |
| 02/14/2020 | 18 | ATTORNEY Appearance for Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton−That by David Prescott Saunders (Saunders, David) (Entered: 02/14/2020) |
| 02/14/2020 | 19 | MOTION by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton−That for extension of time to file answer , MOTION by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton−That to Adjourn Status Hearing */ Unopposed Motion of Defendants Clearview AI, Inc., Hoan Ton−That, and Richard Schwartz for Extension of Time to Answer or Otherwise Plead and to Adjourn Status Hearing* (Saunders, David) (Entered: 02/14/2020) |
| 02/14/2020 | 20 | NOTICE of Motion by David Prescott Saunders for presentment of motion for extension of time to file answer,, motion for miscellaneous relief, 19 before Honorable Sharon Johnson Coleman on 2/25/2020 at 08:45 AM. (Saunders, David) (Entered: 02/14/2020) |
| 02/14/2020 | 21 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Clearview AI, Inc. (Saunders, David) (Entered: 02/14/2020) |
| 02/18/2020 | 22 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752−16734476. *(on behalf of Clearview AI, Inc.; Hoan Ton−That; Richard Schwartz)* (Ross, Michael) (Entered: 02/18/2020) |
| 02/18/2020 | 23 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752−16734559. *(on behalf of Clearview AI, Inc., Hoan Ton−That; Richard Schwartz)* (Wolosky, Lee) (Entered: 02/18/2020) |
| 02/19/2020 | 24 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by CDW Government LLC (Strubbe, Joseph) (Entered: 02/19/2020) |
| 02/25/2020 | 25 | MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 2/25/2020. Defendants Clearview AI, Inc., Hoan Ton−That, and Richard Schwartz's unopposed motion for extension of time to answer or otherwise plead 19 is granted. Responsive pleadings to be filed by 5/14/2020. Attorneys Michael W. Ross and Lee Wolosky's motion for leave to proceed pro hac vice 22 , 23 are granted. Status hearing set for 3/23/2020 is stricken and reset to 5/15/2020 at 9:00 AM. Mailed notice. (ym, ) (Entered: 02/25/2020) |
| 03/05/2020 | 26 | MOTION by Defendant CDW Government LLC for extension of time *[Unopposed]* (Strubbe, Joseph) (Entered: 03/05/2020) |

| | | |
|---|---|---|
| 03/05/2020 | 27 | NOTICE of Motion by Joseph A. Strubbe for presentment of extension of time 26 before Honorable Sharon Johnson Coleman on 3/11/2020 at 08:45 AM. (Strubbe, Joseph) (Entered: 03/05/2020) |
| 03/06/2020 | 28 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant CDW's unopposed motion for extension of time to filed responsive pleading 26 is granted. Responsive pleading to be filed by 5/14/2020. No appearance necessary on 3/11/2020. Mailed notice. (ym, ) (Entered: 03/06/2020) |
| 03/16/2020 | 29 | ORDER Amended General Order 20−0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 16, 2020. All open cases are impacted by this Amended General Order. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/16/2020: Mailed notice. (ecw, ) (Entered: 03/17/2020) |
| 03/30/2020 | 30 | ORDER Seconded Amended General Order 20−0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted by this Second Amended General Order. Amended General Order 20−0012, entered on March 17, 2020, and General Order 20−0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020: Mailed notice. (docket13, ) (Entered: 03/31/2020) |
| 04/08/2020 | 31 | MOTION by Plaintiff David Mutnick for preliminary injunction (Drury, Scott) (Entered: 04/08/2020) |
| 04/08/2020 | 32 | MEMORANDUM by David Mutnick in support of motion for preliminary injunction 31 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Drury, Scott) (Entered: 04/08/2020) |
| 04/08/2020 | 33 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' response to plaintiff's motion for preliminary injunction 31 to be filed by 5/6/2020. Plaintiff's reply to be filed by 5/20/2020. Mailed notice. (ym, ) (Entered: 04/08/2020) |
| 04/08/2020 | 34 | MOTION by Plaintiff David Mutnick to consolidate cases (Attachments: # 1 Exhibit 1)(Drury, Scott) (Entered: 04/08/2020) |
| 04/09/2020 | 35 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' response to plaintiff's motion to consolidate cases 34 to be filed by 4/23/2020. Plaintiff's reply to be filed by 4/30/2020. Mailed notice. (ym, ) (Entered: 04/09/2020) |
| 04/09/2020 | 36 | MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to consolidate cases 34 is granted. Enter Agreed Order. Mailed notice. (ym, ) (Entered: 04/09/2020) |
| 04/09/2020 | 37 | AGREED ORDER Signed by the Honorable Sharon Johnson Coleman on 4/9/2020. Mailed notice. (ym, ) (Entered: 04/09/2020) |
| 04/14/2020 | 38 | MINUTE entry before the Honorable Sharon Johnson Coleman: Although plaintiff David Mutnick moved to consolidate pursuant to Federal Rule of Civil Procedure 42(a)(2) and Northern District of Illinois Local Rule 40.4, the parties now dispute whether this agreed upon motion was one for consolidation or just reassignment based on relatedness. Due to the parties' disagreement, defendants must file a response to Mutnick's motion by 4/24/20. Plaintiff's reply is due on or before 5/1/20. Mailed notice. (ym, ) (Entered: 04/14/2020) |
| 04/17/2020 | 39 | SUPPLEMENT to motion for preliminary injunction 31 *(Plaintiff's Notice of Supplemental Factual Information in Support of Motion for Preliminary Injunction)* (Attachments: # 1 Exhibit 1)(Drury, Scott) (Entered: 04/17/2020) |
| 04/17/2020 | 40 | MOTION by Plaintiff David Mutnick to reassign case *(Plaintiff's Clarified Motion for Reassignment)* (Drury, Scott) (Entered: 04/17/2020) |
| 04/24/2020 | 41 | MINUTE entry before the Honorable Sharon Johnson Coleman: The status hearing set for 5/15/2020 is stricken. Once the motion for preliminary injunction 31 is fully briefed, the court will set a status. Mailed notice. (ym, ) (Entered: 04/24/2020) |
| 04/24/2020 | 42 | RESPONSE by CDW Government LLC to MOTION by Plaintiff David Mutnick to reassign case *(Plaintiff's Clarified Motion for Reassignment)* 40 *[CDW Government* |

| | | |
|---|---|---|
| | | *LLC's Response to Plaintiff's Motion for Reassignment and Consolidation (Dkt. 34) and "Clarified" Motion for Reassignment (Dkt. 40)]* (Strubbe, Joseph) (Entered: 04/24/2020) |
| 04/24/2020 | 43 | RESPONSE by Clearview AI, Inc., Richard Schwartz, Hoan Ton–That to MOTION by Plaintiff David Mutnick to reassign case *(Plaintiff's Clarified Motion for Reassignment)* 40 (Wolosky, Lee) (Entered: 04/24/2020) |
| 04/24/2020 | 44 | ORDER Third Amended General Order 20–0012 IN RE: CORONAVIRUS COVID–19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on April 24, 2020. All open cases are impacted by this Third Amended General Order. Parties are must carefully review all obligations under this Order, including the requirement listed in paragraph number 5 to file a joint written status report in most civil cases. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 4/24/2020: Mailed notice. (docket8, ) (Entered: 04/27/2020) |
| 04/27/2020 | 45 | MOTION by Defendants Richard Schwartz, Hoan Ton–That, Clearview AI, Inc. to dismiss for lack of jurisdiction *, or in the alternative*, MOTION by Defendants Richard Schwartz, Hoan Ton–That, Clearview AI, Inc. to transfer case (Wolosky, Lee) (Entered: 04/27/2020) |
| 04/27/2020 | 46 | MEMORANDUM by Clearview AI, Inc., Richard Schwartz, Hoan Ton–That in support of motion to dismiss/lack of jurisdiction,, motion to transfer case, 45 (Attachments: # 1 Appendix – Unpublished Opinions, # 2 Declaration of Richard Schwartz, # 3 Exhibit 1 to Schwartz Declaration, # 4 Exhibit 2 to Schwartz Declaration, # 5 Exhibit 3 to Schwartz Declaration, # 6 Exhibit 4 to Schwartz Declaration, # 7 Declaration of Hoan Ton–That)(Wolosky, Lee) (Entered: 04/27/2020) |
| 04/27/2020 | 47 | MOTION by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That to stay – *Defendants' Motion to Stay Case Pending Decision on Motion to Dismiss, or in the alternative, to Transfer Venue* (Wolosky, Lee) (Entered: 04/27/2020) |
| 04/27/2020 | 48 | MEMORANDUM by Clearview AI, Inc., Richard Schwartz, Hoan Ton–That in support of motion to stay 47 (Attachments: # 1 Appendix – Unpublished Opinions)(Wolosky, Lee) (Entered: 04/27/2020) |
| 04/27/2020 | 49 | ATTORNEY Appearance for Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That by Howard Steven Suskin (Suskin, Howard) (Entered: 04/27/2020) |
| 04/27/2020 | 50 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–16968190. (Lichtman, Andrew) (Entered: 04/27/2020) |
| 04/28/2020 | 51 | MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Andrew J. Lichtman's motion for leave to appear pro hac vice 50 is granted. Mailed notice. (ym, ) (Entered: 04/28/2020) |
| 04/29/2020 | 52 | MOTION by Plaintiff David Mutnick to set a briefing schedule *on the Clearview Defendants' Motion to Stay* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Drury, Scott) (Entered: 04/29/2020) |
| 04/29/2020 | 53 | MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to set a briefing schedule on Clearview's motion to dismiss 52 is denied as moot. Plaintiff's response to defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That's motion to stay 47 to be filed by 5/6/2020. Defendants' reply to be filed by 5/13/2020, Plaintiff to file a response to defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That's motion to dismiss or, in the alternative, transfer case 45 by 5/20/2020. Reply to be filed by 6/3/2020. Mailed notice. (ym, ) (Entered: 04/29/2020) |
| 05/01/2020 | 54 | REPLY by David Mutnick to MOTION by Plaintiff David Mutnick to reassign case *(Plaintiff's Clarified Motion for Reassignment)* 40 (Drury, Scott) (Entered: 05/01/2020) |
| 05/05/2020 | 55 | ATTORNEY Appearance for Plaintiff David Mutnick by Elizabeth C. Wang (Wang, Elizabeth) (Entered: 05/05/2020) |
| 05/06/2020 | 56 | MEMORANDUM by Clearview AI, Inc., Richard Schwartz, Hoan Ton–That in Opposition to motion for preliminary injunction 31 (Attachments: # 1 Appendix – Unpublished Opinions, # 2 Declaration of Thomas Mulcaire, # 3 Declaration of Lee S. |

| | | |
|---|---|---|
| | | Wolosky, # 4 Exhibit 1 to Wolosky Declaration, # 5 Exhibit 2 to Wolosky Declaration, # 6 Exhibit 3 to Wolosky Declaration)(Wolosky, Lee) (Entered: 05/06/2020) |
| 05/06/2020 | 57 | RESPONSE by David Mutnickin Opposition to MOTION by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That to stay – *Defendants' Motion to Stay Case Pending Decision on Motion to Dismiss, or in the alternative, to Transfer Venue* 47 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Wang, Elizabeth) (Entered: 05/06/2020) |
| 05/08/2020 | 58 | SUPPLEMENT to response in opposition to motion, 57 *(Plaintiff's Notice of Supplemental Factual Information in Opposition to Defendants' Motion to Stay)* (Drury, Scott) (Entered: 05/08/2020) |
| 05/08/2020 | 59 | RESPONSE by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That to supplement 58 (Attachments: # 1 Exhibit 1)(Wolosky, Lee) (Entered: 05/08/2020) |
| 05/13/2020 | 60 | REPLY by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That to motion to stay 47 (Attachments: # 1 Appendix – Unpublished Opinions)(Wolosky, Lee) (Entered: 05/13/2020) |
| 05/19/2020 | 61 | ORDER: The Court, in its discretion, denies defendants' motions to stay pending the Court's decision on defendants' motions to dismiss for lack of personal jurisdiction, or in the alternative, transfer venue to the Southern District of New York 47 , 31 . The Court further grants plaintiff David Mutnick's clarified motion for reassignment 40 . Signed by the Honorable Sharon Johnson Coleman on 5/19/2020. Mailed notice. (ym, ) (Entered: 05/19/2020) |
| 05/20/2020 | 62 | RESPONSE by David Mutnickin Opposition to MOTION by Defendants Richard Schwartz, Hoan Ton–That, Clearview AI, Inc. to dismiss for lack of jurisdiction *, or in the alternative*MOTION by Defendants Richard Schwartz, Hoan Ton–That, Clearview AI, Inc. to transfer case 45 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Wang, Elizabeth) (Entered: 05/20/2020) |
| 05/20/2020 | 63 | REPLY by Plaintiff David Mutnick to motion for preliminary injunction 31 (Drury, Scott) (Entered: 05/20/2020) |
| 05/22/2020 | 64 | SUPPLEMENT to motion for preliminary injunction 31 *(Notice of Supplemental Factual Information)* (Attachments: # 1 Declaration of Scott R. Drury, # 2 Exhibit A to Scott R. Drury Declaration, # 3 Exhibit B to Scott R. Drury Declaration, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6)(Drury, Scott) (Entered: 05/22/2020) |
| 05/23/2020 | 65 | RESPONSE by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That to supplement, 64 / *The Clearview Defendants' Response to Plaintiff's Notice of Supplemental "Factual" Information in Support of Motion for Preliminary Injunction* (Attachments: # 1 Declaration of Thomas Mulcaire)(Wolosky, Lee) (Entered: 05/23/2020) |
| 05/26/2020 | 66 | ORDER ORDER Fourth Amended General Order 20–0012 IN RE: CORONAVIRUS COVID–19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on May 26, 2020. This Order does not extend or modify any deadlines set in civil cases. For non–emergency motions, no motion may be noticed for presentment on a date earlier than July 15, 2020. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 5/26/2020: Mailed notice. (docket9, ) (Entered: 05/26/2020) |
| 05/27/2020 | 67 | MOTION by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That for leave to file *Consolidated Reply Brief (Unopposed)* (Wolosky, Lee) (Entered: 05/27/2020) |
| 05/27/2020 | 68 | REPLY by Plaintiff David Mutnick to supplement, 64 (Drury, Scott) (Entered: 05/27/2020) |
| 05/27/2020 | 69 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That's unopposed motion for leave to file consolidated reply brief 67 is granted. Mailed notice. (ym, ) (Entered: 05/27/2020) |
| 06/03/2020 | 70 | REPLY by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That to motion to dismiss/lack of jurisdiction,, motion to transfer case, 45 – *Defendants' Reply* |

| | | |
|---|---|---|
| | | *Memorandum of Law in Further Support of Their Motion to Dismiss for Lack of Personal Jurisdiction, or, alternatively, to Transfer Venue* (Attachments: # 1 Appendix – Unpublished Cases)(Wolosky, Lee) (Entered: 06/03/2020) |
| 06/04/2020 | 71 | MOTION by Plaintiff David Mutnick to reassign case (Drury, Scott) (Entered: 06/04/2020) |
| 06/05/2020 | 72 | MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to reassign case 71 is granted. Mailed notice. (ym, ) (Entered: 06/05/2020) |
| 06/22/2020 | 73 | MINUTE entry before the Honorable Sharon Johnson Coleman: In light of Southern District of New York Chief Judge Colleen McMahon's 5/29/20 denial of Mutnick's motion to intervene, the plaintiffs are directed to file a sur–reply to defendants' motions to transfer venue arguments [46, 70] by no later than 7/6/2020. Mailed notice. (ym, ) (Entered: 06/22/2020) |
| 07/06/2020 | 74 | NOTICE of Voluntary Dismissal by David Mutnick *(CDW Government LLC)* (Drury, Scott) (Entered: 07/06/2020) |
| 07/06/2020 | 75 | SUR–REPLY by Plaintiff David Mutnick to motion to dismiss/lack of jurisdiction,, motion to transfer case, 45 (Drury, Scott) (Entered: 07/06/2020) |
| 07/06/2020 | 76 | MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is voluntarily dismissed as to defendant CDW Government LLC only. Mailed notice. (ym, ) (Entered: 07/06/2020) |
| 07/09/2020 | 77 | MOTION by Plaintiff David Mutnick to reassign case (Attachments: # 1 Exhibit 1)(Drury, Scott) (Entered: 07/09/2020) |
| 07/10/2020 | 78 | ORDER Fifth Amended General Order 20–0012 IN RE: CORONAVIRUS COVID–19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on July 10, 2020. This Order does not extend or modify any deadlines set in civil cases. No motions may be noticed for in–person presentment; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in–court proceeding. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 7/10/2020: Mailed notice. (Clerk7, Docket) (Entered: 07/10/2020) |
| 07/13/2020 | 79 | MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to reassign case 77 is granted. Mailed notice. (ym, ) (Entered: 07/13/2020) |
| 07/16/2020 | 80 | MOTION by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That for extension of time */ Clearview Defendants' Motion for Extension* (Wolosky, Lee) (Entered: 07/16/2020) |
| 07/20/2020 | 81 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' motion for extension of time to answer or otherwise plead 80 is granted. Responsive pleading to be filed by 9/30/2020. Mailed notice. (ym, ) (Entered: 07/20/2020) |
| 07/20/2020 | 82 | MOTION by Plaintiff David Mutnick to consolidate cases (Drury, Scott) (Entered: 07/20/2020) |
| 07/21/2020 | 83 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants to file a response to plaintiff's motion to consolidate cases 82 by 8/4/2020. Plaintiff's reply to be filed by 8/11/2020. Once the matter is fully briefed, the Court shall take it under advisement. Mailed notice. (ym, ) (Entered: 07/21/2020) |
| 08/04/2020 | 84 | RESPONSE by Clearview AI, Inc., Richard Schwartz, Hoan Ton–Thatin Opposition to MOTION by Plaintiff David Mutnick to consolidate cases 82 (Wolosky, Lee) (Entered: 08/04/2020) |
| 08/11/2020 | 85 | REPLY by Plaintiff David Mutnick to response in opposition to motion 84 *to Consolidate* (Drury, Scott) (Entered: 08/11/2020) |
| 08/12/2020 | 86 | MEMORANDUM Opinion and Order: The Court denies defendants' Rule 12(b)(2) and § 1404(a) motions [29, 45]. Signed by the Honorable Sharon Johnson Coleman on 8/12/2020. Mailed notice. (ym, ) (Entered: 08/12/2020) |
| 08/12/2020 | 87 | ORDER: The Court, in its discretion, grants plaintiff David Mutnick's Federal Rule of Civil Procedure 42(a)(2) motion to consolidate the related cases Hall v. Clearview AI, |

| | | |
|---|---|---|
| | | Inc., No. 1:20–cv–00846 and Marron v. Clearview AI, Inc., No. 1:20–cv–02989 with the present case. 82 . The Court grants Mutnick leave to file a consolidated complaint by no later than August 31, 2020. Defendants' answer is due on or before September 14, 2020. Signed by the Honorable Sharon Johnson Coleman on 8/12/2020. Mailed notice.(ym, ) (Entered: 08/12/2020) |
| 08/13/2020 | 88 | MOTION by Plaintiff David Mutnick for Appointment of Interim Lead Class Counsel Pursuant to Fed. R. Civ. P. 23(g) (Attachments: # 1 Exhibit 1)(Drury, Scott) (Entered: 08/13/2020) |
| 08/14/2020 | 89 | MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff David Mutnick's motion for appointment of interim class counsel pursuant to Fed. R. CIV. P. 23(g) 88 is granted. Enter Order. Mailed notice. (ym, ) (Entered: 08/14/2020) |
| 08/14/2020 | 90 | ORDER Signed by the Honorable Sharon Johnson Coleman on 8/14/2020. Mailed notice. (ym, ) (Entered: 08/14/2020) |
| 08/16/2020 | 91 | OBJECTIONS by Clearview AI, Inc., Richard Schwartz, Hoan Ton–That to MOTION by Plaintiff David Mutnick for preliminary injunction 31 / Defendants' Objection to Proposed Order (Attachments: # 1 Exhibit A)(Wolosky, Lee) (Entered: 08/16/2020) |
| 08/18/2020 | 92 | MOTION by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That to transfer case / Motion of the Clearview Defendants for Transfer of Actions to the Southern District of New York Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (Attachments: # 1 Brief, # 2 Schedule of Actions, # 3 Exhibit 1 – Declaration of Richard Schwartz, # 4 Exhibit 2 – Declaration of Hoan Ton–That, # 5 Proof of Service, # 6 Complaint ILN 1:20–512, # 7 Complaint ILN 1:20–846, # 8 Complaint ILN 1:20–2989, # 9 Complaint ILN 1:20–3843, # 10 Complaint NYS 1:20–1296, # 11 Complaint NYS 1:20–2222, # 12 Complaint NYS 1:20–3053, # 13 Complaint NYS 1:20–3104, # 14 Complaint NYS 1:20–3481, # 15 Complaint NYS 1:20–3705)(Wolosky, Lee) (Entered: 08/18/2020) |
| 08/18/2020 | 93 | MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiffs to file a response to defendants' motion to transfer case 92 by 9/8/2020. Defendants' reply to be filed by 9/22/2020. Once the matter is fully briefed, the Court shall take it under advisement. Mailed notice. (ym, ) (Entered: 08/18/2020) |
| 08/18/2020 | 94 | MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiffs' response to defendants' objections to the preliminary injunction proposed order are due on or before September 1, 2020. Mailed notice. (ym, ) (Entered: 08/18/2020) |
| 08/18/2020 | 95 | ATTORNEY Appearance for Plaintiff Anthony Hall by Michael Jacob Wood (Wood, Michael) (Entered: 08/18/2020) |
| 08/18/2020 | 96 | ATTORNEY Appearance for Plaintiff Anthony Hall by Celetha Chatman (Chatman, Celetha) (Entered: 08/18/2020) |
| 08/20/2020 | 97 | MOTION by Defendants Clearview AI, Inc., Richard Schwartz, Hoan Ton–That to stay (Wolosky, Lee) (Entered: 08/20/2020) |
| 08/20/2020 | 98 | MEMORANDUM by Clearview AI, Inc., Richard Schwartz, Hoan Ton–That in support of motion to stay 97 (Attachments: # 1 Appendix – Unpublished Cases)(Wolosky, Lee) (Entered: 08/20/2020) |
| 08/21/2020 | 99 | MINUTE entry before the Honorable Sharon Johnson Coleman: The Court, in its discretion, grants defendants' motion to stay the proceedings 97 . The Court strikes the pending briefing schedules in relation to the motion to transfer 92 and motion for a preliminary injunction 31 . Mailed notice. (ym, ) (Entered: 08/21/2020) |
| 08/25/2020 | 100 | MOTION by Plaintiff David Mutnick for reconsideration regarding order on motion to stay,, terminate motion and R&R deadlines/hearings,, terminate hearings,, set/clear flags, 99 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Drury, Scott) (Entered: 08/25/2020) |
| 08/28/2020 | 101 | MEMORANDUM by Clearview AI, Inc., Richard Schwartz, Hoan Ton–That in Opposition to motion for reconsideration, 100 (Attachments: # 1 Appendix – Unpublished Cases)(Wolosky, Lee) (Entered: 08/28/2020) |

| 09/03/2020 | 102 | REPLY by Plaintiff David Mutnick to motion for reconsideration, 100 (Drury, Scott) (Entered: 09/03/2020) |