# EXHIBIT 3

| | |
|---|---|
| **From:** | Scott Drury |
| **To:** | "aarono@haelaw.com"; "akeller@dicellolevitt.com"; "alevitt@dicellolevitt.com"; "Alichtman@jenner.com"; "alreenh@haelaw.com"; "ambere@haelaw.com"; "bomeara@fordellp.com"; "calexander@scott-scott.com"; "dfeeney@millershakman.com"; "dmb@classlawgroup.com"; "dsaunders@jenner.com"; "ecomite@scott-scott.com"; "ehg@classlawgroup.com"; "fabrams@cahill.com"; "fhedin@hedinhall.com"; "ggutzler@dicellolevitt.com"; "glynch@carlsonlynch.com"; "hsuskin@jenner.com"; "ianp@haelaw.com"; "jguglielmo@scott-scott.com"; "Jkurtzberg@cahill.com"; "Joshua Arisohn"; "jpizzirusso@hausfeld.com"; "kcarroll@carlsonlynch.com"; "kforde@fordellp.com"; "kmalloy@fordellp.com"; "kshamberg@carlsonlynch.com"; "lgrant@grantfirm.com"; "lwolosky@jenner.com"; "memert@kgglaw.com"; "mferron@scott-scott.com"; "mwd@neighborhood-legal.com"; "nlange@carlsonlynch.com"; "rreizen@gouldratner.com"; "sbloch@sgtlaw.com"; Scott Drury; "smartin@hausfeld.com"; "snathan@hausfeld.com"; "swebster@websterbook.com"; "zfreeman@millershakman.com"; "David Golub- Silver Golub & Teitell" |
| **Cc:** | Michael Kanovitz; Elizabeth Wang |
| **Subject:** | In re: Clearview AI, Inc. Consumer Privacy Litigation, MDL No. 2967 - Conference Call |
| **Date:** | Wednesday, September 2, 2020 3:33:00 PM |

Counsel:

It has come to my attention that some attorneys may not have been on the recipient list for yesterday's email regarding a proposed conference call to discuss Defendants' Motion to Transfer. To ensure everyone receives the message, I have copied the original email below. Everyone should feel free to join the call. If you have any questions, please let me know.

_____

**_Original Email_**

*Counsel:*

*In connection with Defendants' Motion to Transfer, I believe it would be beneficial for counsel for all parties to discuss whether alternatives to transfer exist. To that end, I suggest we have a telephone conference on Thursday, September 3, 2020 at 12 pm (Central). The call-in information is below. Please let me know if you can attend.*

| | |
|---|---|
| **DATE:** | *September 3, 2020* |
| **TIME:** | *12:00 pm Central* |
| **NUMBER:** | ▇▇▇▇▇▇ |
| **CODE:** | ▇▇▇▇▇▇ |

--Scott