# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| IN RE: CLEARVIEW AI, INC., CONSUMER PRIVACY LITIGATION | MDL No. 2967 |
|---|---|

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify a copy of the Response of Northern District of Illinois Plaintiffs and Plaintiff Roberson to Clearview Defendants' Motion to Transfer and Coordinate or Consolidate Actions for Pretrial Proceedings was served on all parties in the following case electronically via ECF, or as indicated below, on September 8, 2020.

| *Mutnick v. Clearview AI, Inc.* **(N.D. Ill., No. 1:20-cv-00512)** ||
|---|---|
| *Attorneys for Plaintiff David Mutnick (via email & ECF Notification):* | |
| Jonathan I. Loevy<br>Arthur R. Loevy<br>Michael I Kanovitz<br>Scott R. Drury<br>Elizabeth C. Wang<br>Karen Newirth<br>**Loevy & Loevy**<br>311 N. Aberdeen, 3rd FL<br>Chicago, IL 60607<br>(312) 243-5900<br>jon@loevy.com<br>arthur@loevy.com<br>mike@loevy.com<br>drury@loevy.com<br>elizabethw@loevy.com<br>karen@loevy.com | |

| *Hall v. Clearview AI, Inc.* (N.D. Ill., No. 1:20-cv-00846);<br>*Carmean v. Macy's Retail Holdings, Inc.* (N.D. Ill., No. 1:20-cv-4589) ||
|---|---|
| *Attorneys for Plaintiff Anthony Hall and Plaintiff Isela Carmean (via email & ECF Notification):* | *Attorneys for Macy's Retail Holdings, Inc. (via email)* |
| Michael William Drew<br>**Neighborhood Legal, LLC**<br>20 N. Clark, Ste. 3300<br>Chicago, IL 60602<br>(312) 967-7220<br>mwd@neighborhood-legal.com<br><br>Michael Jacob Wood<br>Celetha Chatman<br>**Community Lawyers Group, Ltd.**<br>20 N. Clark, Ste. 3100<br>Chicago, IL 60602<br>(312) 757-1880<br>mwood@communitylawyersgroup.com<br>cchatman@communitylawyersgroup.com | Daniel Reza Saeedi<br>Andrew Sean Murphy<br>Rachel L. Schaller<br>**Taft Stettinus & Hollister LLP**<br>111 E. Wacker Drive, Ste. 2800<br>Chicago, IL 60601<br>(312) 527-4000<br>dsaeedi@taftlaw.com<br>amurphy@taftlaw.com<br>rschaller@taftlaw.com |

| *Marron v. Clearview AI, Inc.* (N.D. Ill., No. 1:20-cv-02989) ||
|---|---|
| *Attorneys for Plaintiffs Chris Marron and Maryann Daker (via email & ECF Notification):* | |
| Gary F. Lynch<br>Kyle A. Shamberg<br>Nicholas R. Lange<br>Katrina Carroll<br>**Carlson Lynch, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>(412)-322-9243<br>glynch@carlsonlynch.com<br>kshamberg@carlsonlynch.com<br>nlange@carlsonlynch.com<br>kcarroll@carlsonlynch.com | |

| *Broccolino v. Clearview AI, Inc.* **(S.D.N.Y., No. 1:20-cv-02222)** ||
|---|---|
| *Attorneys for Plaintiff Maria Broccolino (via email & ECF Notification):* | |
| Melissa R. Emert<br>**Kantrowitz, Goldhamer & Graifman, P.C.**<br>747 Chestnut Ridge Road<br>Suite 200<br>Chestnut Ridge, NY 10977<br>(845) 356-2570<br>memert@kgglaw.com | Lynda J. Grant<br>**The Grant Law Firm PLLC**<br>521 Fifth Avenue 17th Floor<br>New York, NY 10175<br>(212) 292-4441<br>Fax: (212) 292-4442<br>lgrant@grantfirm.com |

| *Thornley v. Clearview AI, Inc.* **(N.D. Ill., No. 1:20-cv-03843)** ||
|---|---|
| *Attorneys for Plaintiffs Melissa Thornley, Deborah Benjamin-Koller, and Josue Herrera (via email & ECF Notification):* | |
| Daniel Martin Feeney<br>Zachary Freeman<br>**Miller Shakman Levine & Feldman LLP**<br>180 North LaSalle Street<br>Suite 3600<br>Chicago, IL 60601<br>(312) 263-3700<br>dfeeney@millershakman.com<br>zfreeman@millershakman.com<br><br>David Golub<br>Steven L Bloch<br>**Silver Golub & Teitell LLP**<br>184 Atlantic Street<br>Stamford, CT 06901<br>(203) 325-4491<br>dgolub@sgtlaw.com<br>sbloch@sgtlaw.com | Brian Patrick O'Meara<br>Kevin M. Ford<br>Kevin R. Malloy<br>**Forde & O'Meara LLP**<br>111 West Washington Street, #1100<br>Chicago, IL 60602<br>(312) 641-1441<br>bomeara@fordellp.com<br>kforde@fordellp.com<br>kmalloy@fordellp.com |

| *Roberson v. Clearview AI, Inc.* (S.D.N.Y., No. 1:20-cv-03705) | |
|---|---|
| *Attorneys for Plaintiff* Shelby Zelonis Roberson *(via email & ECF Notification):* | |
| Steven T. Webster<br>**Webster Book LLP**<br>300 N. Washington St., Suite 404<br>Alexandria, VA 22314<br>(888) 987-9991<br>swebster@websterbook.com | |

| *McPherson v. Clearview AI, Inc.* (S.D.N.Y., No. 1:20-cv-03053) | |
|---|---|
| *Attorneys for Plaintiff John McPherson* *(via email & ECF Notification):* | |
| Aaron Olsen<br>**Haeggquist & Eck, LLP**<br>225 Broadway, Suite 2050<br>San Diego, CA 92101<br>(619) 342-8000<br>Fax: (619) 342-7878<br>aarono@haelaw.com | Joseph Guglielmo<br>Carey Alexander<br>**Scott + Scott, L.L.P.**<br>230 Park Avenue<br>17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br><br>Erin Green Comite<br>Margaret B. Ferron<br>**Scott + Scott LLP**<br>156 South Main Street<br>PO Box 192<br>Colchester, CT 06415<br>(860) 537-5537<br>ecomite@scott-scott.com<br>mferron@scott-scott.com |

| *Burke v. Clearview AI, Inc.* **(S.D.N.Y., No. 1:20-cv-03104)** | |
|---|---|
| *Attorneys for Plaintiffs* Sean Burke and James Pomerene <br> *(via email & ECF Notification):* | |
| Amber L. Eck <br> Alreed Haeggquist <br> Aaron Olsen <br> Ian Pike <br> **Haeggquist & Eck, LLP** <br> 225 Broadway, Suite 2050 <br> San Diego, CA 92101 <br> (619) 342-8000 <br> ambere@haelaw.com <br> alreenh@haelaw.com <br> aarono@haelaw.com <br> ianp@haelaw.com | |

| *Calderon v. Clearview AI, Inc.* **(S.D.N.Y., No. 1:20-cv-01296)** | |
|---|---|
| *Attorneys for Plaintiffs Maria Calderon and Jennifer Rocio* <br> *(via email & ECF Notification):* | *Attorneys for Defendants Wynndalco Enterprises, LLC, Jose Flores, and David Andalcio* <br> *(via email & ECF Notification):* |
| Joshua David Arisohn <br> **Bursor & Fisher P.A.** <br> 888 Seventh Avenue <br> New York, NY 10019 <br> (646) 837-7150 <br> Fax: (212) 989-9163 <br> jarisohn@bursor.com <br><br> Frank S. Hedin <br> **Hedin Hall LLP** <br> Four Embarcadero Center, Suite 1400 <br> San Francisco, CA 94104 <br> (415) 766-3534 <br> fhedin@hedinhall.com | Richard S. Reizen <br> **Gould & Ratner** <br> 222 North LaSalle Street, Suite 300 <br> Chicago, IL 60601 <br> (312) 236-3003 <br> rreizen@gouldratner.com |

| | |
|---|---|
| *Attorneys for Defendant Clearview AI, Inc. (via email and ECF Notification):* | |
| Lee Wolosky<br>Andrew J. Lichtman<br>JENNER & BLOCK LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212)891-1600<br>lwolosky@jenner.com<br>alichtman@jenner.com<br><br>Howard S. Suskin<br>David P. Saunders<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>hsuskin@jenner.com<br>dsaunders@jenner.com | Floyd Abrams<br>Joel Kurtzberg<br>CAHILL GORDON & REINDEL LLP<br>80 Pine Street<br>New York, NY 10005<br>Tel: (212-701-3621<br>fabrams@cahill.com<br>jkurtzberg@cahill.com |

| *John v. Clearview AI, Inc.* **(S.D.N.Y., No. 1:20-cv-03481)** | |
|---|---|
| *Attorneys for Plaintiffs Dean John, Ryan Balfanz, Benjamin Jais, Rosemary Arias, and Aimee Albrecht* <br> *(via email & ECF Notification):* | |
| Greg G. Gutzler <br> DICELLO LEVITT GUTZLER LLC <br> 444 Madison Avenue, Fourth Floor <br> New York, NY 10022 <br> Tel: 646-933-1000 <br> ggutzler@dicellolevitt.com <br><br> Adam J. Levitt <br> Amy E. Keller <br> DICELLO LEVITT GUTZLER LLC <br> Ten North Dearborn Street <br> Eleventh Floor <br> Chicago, Illinois 60602 <br> Tel: 312.214.7900 <br> alevitt@dicellolevitt.com <br> akeller@dicellolevitt.com <br><br> Eric H. Gibbs <br> David M. Berger <br> GIBBS LAW GROUP LLP <br> 5050 14th Street, Suite 1110 <br> Oakland, CA 94611 <br> Tel: 510-350-9713 <br> ehg@classlawgroup.com <br> dmb@classlawgroup.com | James J. Pizzirusso <br> HAUSFELD LLP <br> 1700 K Street NW, Suite 650 <br> Washington, DC 20006 <br> Tel: (202) 540-7200 <br> Fax: (202) 540-7201 <br> jpizzirusso@hausfeld.com <br><br> Scott Martin <br> Steven M. Nathan <br> HAUSFELD LLP <br> 33 Whitehall St., 14th Floor <br> New York, NY 10004 <br> Tel: (646) 357-1100 <br> smartin@hausfeld.com <br> snathan@hausfeld.com |

/s/ Scott R. Drury
Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
Tel: 312-243-5900
Fax: 312-243-5902
drury@loevy.com

*Counsel for Plaintiff David Mutnick*