BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Clearview AI, Inc., Consumer Privacy Litigation | ) ) MDL Docket No. 2967 ) |

**COALITION PLAINTIFFS' NOTIFICATION OF SUPPLEMENTAL INFORMATION**

The Coalition Plaintiffs[1] hereby notify the Panel of a development in the matter of *Carmean v. Macy's Retail Holdings, Inc.* ("*Carmean*"), No. 1:20-cv-4589 (N.D. Ill.) (Aspen, J.), namely, that the case has been stayed pending the Panel's decision. *See* Exhibit 1 (Docket Entry).

Dated: September 21, 2020                Respectfully submitted,

**LOEVY & LOEVY**

/s/ Scott R. Drury
Scott R. Drury (drury@loevy.com)
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
312.243.5900 (phone)
312.243.5902 (fax)
*Plaintiff's Counsel in Mutnick v. Clearview AI, Inc., No. 1-20-cv-512 (N.D. Ill.)*

Michael William Drew (mwd@neighborhood-legal.com)
**NEIGHBORHOOD LEGAL, LLC.**
20 N. Clark, Ste. 3300
Chicago, IL 60602
(312) 967-7220
*Plaintiff's Counsel in Hall v. Clearview AI, Inc., No. 1:20-cv-846 (N.D. Ill.) and Carmean v. Macy's Retail Holdings, Inc., No. 1:20-cv-4589 (N.D. Ill.)*

---

[1] The Coalition Plaintiffs consist of the plaintiffs in the following actions: *Mutnick v. Clearview AI, Inc.* ("*Mutnick*"), No. 1:20-cv-512 (N.D. Ill.); *Hall v. Clearview AI, Inc.* ("*Hall*"), No. 1:20-cv-846 (N.D. Ill.); *Marron v. Clearview AI, Inc.* ("*Marron*"), No. 1:20-cv-2989 (N.D. Ill.); *Thornley v. Clearview AI, Inc.* ("*Thornley*"), No. 1:20-cv-3843 (N.D. Ill.); *Carmean v. Macy's Retail Holdings, Inc.* ("*Carmean*"), No. 1:20-cv-4589 (N.D. Ill.); and *Roberson v. Clearview AI, Inc.*, No. 1:20-cv-3705-CM (S.D.N.Y.).

Gary Lynch (glycnh@carlsonlynch.com)
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412)-322-9243
*Plaintiffs' Counsel in Marron v. Clearview AI, Inc., No. 1:20-cv-2989 (N.D. Ill.)*

Brian Patrick O'Meara (bomeara@fordellp.com)
**FORDE & O'MEARA LLP**
111 West Washington Street, #1100
Chicago, IL 60602
(312) 641-1441
*Plaintiffs' Counsel in Thornley v. Clearview AI, Inc., No. 1:20-cv-3843*

Steven T. Webster (swebster@websterbook.com)
**WEBSTER BOOK LLP**
300 N. Washington Street, Suite 204
Alexandria, VA 22314
(888) 987-9991
*Plaintiff's Counsel in Roberson v. Clearview AI, Inc., No. 1:20-cv-3705-CM*