BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re CLEARVIEW AI, INC. CONSUMER PRIVACY LITIGATION | MDL Docket No. 2967 |

## CLEARVIEW DEFENDANTS' NOTICE OF SUPPLEMENTAL INFORMATION

Movants Clearview AI, Inc., Hoan Ton-That, and Richard Schwartz write to notify the Panel that on November 18, 2020 the United States Court of Appeals for the Seventh Circuit agreed to hear an appeal from Judge Coleman's October 23, 2020 order granting the motion of Plaintiffs Melissa Thornley, Deborah Benjamin-Koller, and Josue Herrera to remand the case of *Thornley* v. *Clearview AI, Inc.*, 20-cv-3843 (N.D. Ill.) to the Circuit Court of Cook County. *See* Exhibit 1, Order, *In re: Clearview AI, Inc.*, No. 20-8032 (7th Cir. Nov. 18, 2020), ECF No. 9.

Dated:  November 23, 2020

Respectfully submitted,

By: /s/ Floyd Abrams
Floyd Abrams
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
fabrams@cahill.com
jkurtzberg@cahill.com

Lee Wolosky
Andrew J. Lichtman
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Phone: (212) 891-1600
lwolosky@jenner.com

alichtman@jenner.com

Howard S. Suskin
David P. Saunders
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
hsuskin@jenner.com
dsaunders@jenner.com

*Attorneys for Defendants Clearview AI, Inc., Hoan Ton-That, and Richard Schwartz*