BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Clearview AI, Inc. Consumer Privacy Litigation | ) ) ) ) | MDL Docket No. 2967 |

## NOTICE OF CHANGE OF LAW FIRM AND ADDRESS

Scott R. Drury, Plaintiffs' interim lead class counsel, respectfully notifies the Court of his change of law firm and address as follows:

>Scott R. Drury
>DRURY LEGAL, LLC
>6 Carriage Lane
>Highwood, Illinois 60040
>(312) 358-8225
>scott@drurylegal.com

Drury has already updated the information in PACER.

Dated: October 9, 2022

Respectfully submitted,

/s/ Scott R. Drury
SCOTT R. DRURY
*Plaintiffs' Interim Lead Class Counsel*

Scott R. Drury
DRURY LEGAL, LLC
6 Carriage Lane
Highwood, Illinois 60040
(312) 358-8225
scott@drurylegal.com