BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Clearview AI, Inc. Consumer Privacy Litigation | ) ) ) ) MDL Docket No. 2967 |

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the Notice of Change of Law Firm and Address was served on all parties in the above-captioned case electronically via the Court's CM/ECF filing system on October 9, 2022.

                                                  /s/ Scott R. Drury
                                                  Scott R. Drury
                                                  DRURY LEGAL, LLC
                                                  6 Carriage Lane
                                                  Highwood, Illinois 60040
                                                  (312) 358-8225
                                                  scott@drurylegal.com